IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 




NO. 3-93-300-CR




THE STATE OF TEXAS,



 APPELLANT


vs.




BERNICE DUKE,



 APPELLEE


 



FROM THE COUNTY COURT AT LAW NO. 2 OF HAYS COUNTY



NO. 36,535, HONORABLE LINDA A. RODRIGUEZ, JUDGE PRESIDING


 




PER CURIAM



 This is an appeal from an order of the trial court granting in part the appellee's
motion to suppress evidence.

 The State has filed a motion to withdraw the appeal. No decision of this Court has
been delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. 59(b).


Before Chief Justice Carroll, Justices Aboussie and B. A. Smith

Dismissed on Appellant's Motion

Filed: October 27, 1993

Do Not Publish